**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| KEVIN MCCALL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HIRERIGHT, LLC,<br><br>　　　　　Defendant. | Civil Action No.: 4:23-cv-00072<br><br>**DISTRICT JUDGE AMOS L. MAZZANT, III**<br><br>**MAGISTRATE JUDGE KIMBERLY C. PRIEST JOHNSON** |

**ORDER**

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant HireRight, LLC, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

SIGNED this 7th day of February, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

1